

319 Caravan Court
Middletown, Pennsylvania 17057
(717)-944-4770

1:CV-01-0877

May 17, 2001

FILED
MAY 1 8 2001
PER _____
HARRISBURG, PA.   DEPUTY CLERK

To Whom It May Concern:

    I am respectfully requesting waiver of the $150 filing fee because I have just filed for bankruptcy because my mortgage company wants to foreclose on my property.

    I have a disabled daughter who has a son that my wife and I are taking care of. It is very hard taking care of your child and grandchild, whom are special, needs children. There are all kinds of medication that are not covered by insurance and is a very expensive out of pocket expense. I just left my former position in the Communications Department in December 1999 where the discrimination took place. I am now in the Customer Service Department. It has been very stressful especially seeing others promoted over you when you were employed long before they even came to the Pennsylvania Turnpike Commission.

    I appreciate everything you can do for me in my case. I am also requesting to have an attorney represent me because I have been unsuccessful in obtaining one due to my financial woes and troubles along in caring for my daughter and grandchild.

    Sincerely,

    Harry E. Williams, Jr.

HEW/tle