(4)
6-14-01
SC

FILED
HARRISBURG, PA

JUN 13 2001

MARY E. D'ANDREA, CLERK
Per _____ /Deputy Clerk

1-CV-01-877
~~Show Cause~~
OR PER
6/5/01

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Office of Attorney General
Attn: Francis Filipi, Esq
5th Floor
Strawberry Square
Harrisburg, PA 17102

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
JUN 0 6 2001

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 3364

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PA Turnpike Commission
at 283+ Eisenhower Blvd.
Highspire, PA 17034

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
Tony M

C. Signature
X Tony M
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No
PO 176
Highspire PA 17034

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 3357

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952