IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY E. WILLIAMS, JR.<br>    Plaintiff,<br><br>        v.<br><br>PENNSYLVANIA TURNPIKE<br>COMMISSION,<br><br>    Defendant. | : CIVIL CASE<br>:<br>:<br>: NO: 1:CV 01-0877<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Defendant Pennsylvania Turnpike Commission in this matter.

John C. Romeo, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103
(215) 299-2000

Attorney for Defendant
Pennsylvania Turnpike Commission

Date:   June 26, 2001

## CERTIFICATE OF SERVICE

I, John C. Romeo, Esquire, hereby certify that a true and correct copy of John C. Romeo, Esquire's Entry of Appearance was served this date via first class mail postage pre-paid on Plaintiff, addressed as follows:

> Harry E. Williams, Jr.
> 319 Caravan Court
> Middletown, PA  17057

*John C. Romeo*

Date: June 26, 2001

PH1 286827v1 06/25/01