IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. WILLIAMS, JR.                :
                                      : CIVIL ACTION NO. 1:CV-01-877
            Plaintiff                 :
                                      :
       v.                             : (Judge Kane)
                                      :
PENNSYLVANIA TURNPIKE COMMISSION      :
                                      :
            Defendant                 :

FILED
HARRISBURG, PA
NOV 3 0 2001
MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

<u>ORDER</u>

**IT IS HEREBY ORDERED THAT:**

1. A scheduling conference will be conducted by the court on **January 4, 2002**, at **10:30 a.m.** **The court prefers to hold this conference by telephone. The court will initiate this telephone conference. The parties shall inform the court of the telephone number at which they can be reached for the conference no later than January 2, 2002. The telephone number of the court is 717-221-3990.**

2. This conference before this judge will be canceled if the parties elect to proceed before a United States Magistrate Judge. The Magistrate Judge will reschedule the conference upon notification of the case assignment.

3. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as effectively as possible. Participation in this conference by counsel or by <u>pro se</u> litigants is <u>mandatory</u>.

4. **Lead Counsel of record must participate in the conference without substitution unless permission for substitution is sought and granted prior to the conference. Requests shall be made at least two business days in advance of the date of the conference. The telephone number to call is (717) 221-3990.**

5. The Court hereby waives the requirements of Local Rule 16.3 insofar as the Local Rule requires the parties to meet prior to the case management conference and complete a "Joint Case Management Plan" form. However, the parties are directed to complete the form individually and file separate case management plans with the Court. The completed form, which