IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS, JR.** | : CIVIL ACTION NO. 1:CV-01-877 |
| **Plaintiff** | : |
| v. | : (Judge Kane) |
| **PENNSYLVANIA TURNPIKE COMMISSION** | : |
| **Defendant** | : |

FILED
HARRISBURG, PA
DEC 1 8 2001
MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

**O R D E R**

AND NOW, this 18th day of December, 2001, **IT IS HEREBY ORDERED THAT** the Case Management Conference scheduled for January 4, 2002, at 10:30 a.m., is **RESCHEDULED** to January 10, 2002, at 10:30 a.m. This conference **will be held by telephone and shall be initiated by Plaintiff's counsel. The telephone number of the court is 717-221-3990.**

Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

December 18, 2001

Re:  1:01-cv-00877    Williams v. Pennsylvania Turnpik

True and correct copies of the attached were mailed by the clerk
to the following:

    Harry E. Williams Jr.
    319 Caravan Court
    Middletown, PA   17057

    John C. Romeo, Esq.
    Fox, Rothschild, O'Brien & Frankel, LLP
    2000 Market Street, 10th Floor
    Philadelphia, PA   19103-3291

    Marvin L. Weinberg, Esq.
    Fox, Rothchild, O'Brien & Frankel
    2000 Market Street
    10th Floor
    Philadelphia, PA   19103-3291

cc:
Judge                              (✓)            ( ) Pro Se Law Clerk
Magistrate Judge                   (✓)            ( ) INS
U.S. Marshal                       ( )            ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      (✓)
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to:  US Atty Gen   ( )   PA Atty Gen ( )
                                            DA of County  ( )   Respondents ( )
Bankruptcy Court                   ( )
Other_____       ( )

MARY E. D'ANDREA, Clerk

DATE: _____12/18/01_____     BY: _____/STO_____
                                 Deputy Clerk