## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY E. WILLIAMS JR., | : CIVIL ACTION NO.: 1:CV-01-0877 |
| **Plaintiff** | : |
| | : |
| v. | : |
| | : **FILED** |
| PENNSYLVANIA TURNPIKE COMMISSION, | : HARRISBURG, PA |
| **Defendants** | : DEC 1 9 2001 |
| | MARY E. D'ANDREA, CLERK |
| **PRAECIPE FOR ENTRY OF APPEARANCE** | Per _____ Deputy Clerk |

Kindly enter my appearance as attorney for plaintiff, Harry E. Williams, in the above captioned matter.

By_____
Andrew J. Ostrowski, Esquire
I.D. No. 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: December 19, 2001

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy of the foregoing document by depositing the same in the U.S. Mail, first class, postage prepaid, addressed as follows:

John C. Romeo, Esquire
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-2706

By_____
Andrew J. Ostrowski, Esquire

Dated: December 19, 2001