*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. WILLIAMS, JR.  :  NO. 1:CV-01-877
    Plaintiff  :
                                           :
      v.                               :    FILED
                                           :    HARRISBURG, PA
PENNSYLVANIA TURNPIKE  :
COMMISSION  :    DEC 21 2001
    Defendant  :    MARY E. D'ANDREA, CLERK
                                                                  Per _____ Deputy Clerk

**ORDER**

AND NOW, this 21st day of December, 2001, **IT IS ORDERED THAT** the undersigned shall be recused from the above-captioned action. **IT IS FURTHER ORDERED THAT** the Clerk of Court shall reassign the case to another judge.

                                                          _____
                                                          Yvette Kane
                                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

December 21, 2001

Re: 1:01-cv-00877   Williams v. Pennsylvania Turnpik

True and correct copies of the attached were mailed by the clerk to the following:

Harry E. Williams Jr.
319 Caravan Court
Middletown, PA  17057

Andrew J. Ostrowski, Esq.
4311 N. 6th St.
Harrisburg, PA  17110

John C. Romeo, Esq.
Fox, Rothschild, O'Brien & Frankel, LLP
2000 Market Street, 10th Floor
Philadelphia, PA  19103-3291

Marvin L. Weinberg, Esq.
Fox, Rothchild, O'Brien & Frankel
2000 Market Street
10th Floor
Philadelphia, PA  19103-3291

cc: *Judge Rambo*
Judge *Kane*                    (✓)           ( ) Pro Se Law Clerk
Magistrate Judge                ( )           ( ) INS
U.S. Marshal                    ( )           ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail

12-21-01