IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Harry E. Williams, Jr.                        :        **CIVIL ACTION NO.** 1:01-CV-877

       Plaintiff                          :

       v.                                 :        **(Judge Rambo)**

Pennsylvania Turnpike Commission              :

       Defendant                          :

**FILED**

JAN 0 8 2002

PER _____
HARRISBURG, PA · DEPUTY CLERK

<u>**NOTICE OF CONFERENCE**</u>

**THE PARTIES ARE HEREBY NOTIFIED THAT::**

    1.  A scheduling conference will be conducted by the court on January 30th, 2002 at 8:45 a.m. in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.  **In the interest of economy, the court prefers to hold this conference by telephone.  The placement of the telephone conference call is the responsibility of the plaintiff.  The telephone number of the court is 717-221-3960.**  If the parties elect to hold this conference in person, the court shall be notified no less than two business days prior to the date above.

    2.  This conference before this judge will be canceled if the parties elect to proceed before a United States magistrate judge.  The magistrate judge will reschedule the conference upon notification of the case assignment.

    3.  The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible.  Participation in this conference by counsel or by <u>pro se</u> litigants is <u>mandatory</u>.



4. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel two business days in advance of the date of the conference. The telephone number to call is (717) 221-3960.

5. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. **Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form. The completed form, which is set forth in Appendix A of the local rules, must be filed at least five days prior to the conference.** Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

6. Counsel shall note that this district has not opted-out of Federal Rule of Civil Procedure 26. The joint case management plan contemplates discovery prior to the Rule 26(f) meeting and is, therefore, deemed to be an exception to the limitation on discovery contained in the first sentence of Rule 26(d). Counsel shall not cease active discovery pending disposition of a motion to dismiss.

7. At the case management conference the captioned action will be placed on one of the following tracks:

        a) **Fast Track** - Referring the case to a United States magistrate judge for recommendations.

        b) **Expedited Track** - Setting a trial date of not more than 240 days from the filing of the complaint.

        c) **Standard Track** - Setting a trial date of not more than 15 months from the filing of the complaint

        d) **Complex Track** - Setting a trial date in excess of 15 months but less than 2 years from the filing of the complaint.

8.   The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under exceptional circumstances.

9.   Any inquiries you have concerning this case and its progress should be directed to Mark J. Armbruster, Deputy Clerk of Court, P.O. Box 983, Federal Building, Harrisburg, Pennsylvania, telephone number (717) 221-3927.

*Please see our website at: www.pamd.uscourts.gov for general information and forms.

Dated: January 8th, 2002

Mark J. Armbruster, Deputy Clerk

cc: Judge Sylvia Rambo
    Andrew Ostrowski
    Marvin Weinberg, John Romero

3