cc: Court, left

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


14
1/30/02
MR

**Harry E. Williams, Jr.**                                    CASE NO. 1:01-CV-877

vs.

**Pennsylvania Turnpike Commission**        DATE: January 30th, 2002 @ 8:45 AM


Judge Sylvia H. Rambo presiding in Chambers

Proceeding: Case Management Conference

Time Commenced: _8:45_                Time Terminated: _8:55_

APPEARANCES

Plaintiff's Counsel:                       Defendant's Counsel

_Ostrowski_                              _Weinberg_

FILED
JAN 30 2002
PER_____
HARRISBURG, PA.  MR
DEPUTY CLERK

REMARKS: _Amend & joinder_        4/30
         _discovery_               7/31
         _disp_                    8/30
         _Trial_                   T/N.
         _P's rep._                8/16
         _∆  "_                    9/10
         _Supp_                    9/29