IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Corneal, *et al.* v. Jackson Township, *et al.* | : | Civil No. 1:CV-00-1192 |
| Wright v. Hadrick, *et al.* | : | Civil No. 1:CV-00-1657 |
| Barge, *et al.* v. Salinger, *et al.* | : | Civil No. 1:CV-00-1881 |
| Butts, *et al.* v. City of York, *et al.* | : | Civil No. 1:CV-00-1893 |
| Hanes v. Apple Chevrolet, *et al.* | : | Civil No. 1:CV-00-2003 |
| Field Container Corp., *et al.* v. Advanced Industrial, *et al.* | : | Civil No. 1:CV-01-0427 |
| Norfolk Southern Railroad v. ABC NACO, Inc. | : | Civil No. 1:CV-01-0704 |
| Williams v. Pennsylvania Turnpike Commission | : | Civil No. 1:CV-01-0877 |
| Green/Guilford Environmental Association, *et al.* v. Wykle, *et al.* | : | Civil No. 1:CV-01-0910 |
| Hall v. CUNA Mutual Group, *et al.* | : | Civil No. 1:CV-01-1265 |
| Cahill v. Thomas, *et al.* | : | Civil No. 1:CV-01-1398 |
| Pennsylvania State Education Assoc. v. Walters, *et al.* | : | Civil No. 1:CV-01-1535 |
| Calle, et al. v. York Hospital, *et al.* | : | Civil No. 1:CV-01-1548 |
| Ghulam v. Strauss Veal Feeds, *et al.* | : | Civil No. 1:CV-01-1678 |
| Connors, *et al.* v. Shan-Lor Trucking, *et al.* | : | Civil No. 1:CV-01-1686 |
| Chase, *et al.* v. United States | : | Civil No. 1:CV-01-1730 |
| Woomer v. Fow | : | Civil No. 1:CV-01-1887 |
| Roque, *et al.* v. Rodriguez, *et al.* | : | Civil No. 1:CV-01-2039 |
| Somers v. United Steelworkers, District 10 | : | Civil No. 1:CV-01-2085 |

| | | |
|---|---|---|
| Marchant, *et al.* v. Marchant, *et al.* | : | Civil No. 1:CV-01-2095 |
| Martin v. Fairview Township, *et al.* | : | Civil No. 1:CV-01-2112 |
| Nationwide Mutual Ins. Co., *et al.* v. Merrymead Farms, *et al.* | : | Civil No. 1:CV-01-2135 |
| Adhola v. Joint State Government | : | Civil No. 1:CV-01-2182 |
| Stackhouse v. Pennsylvania State Police, *et al.* | : | Civil No. 1:CV-01-2223 |
| Gould v. Lebanon County, *et al.* | : | Civil No. 1:CV-01-2370 |
| Litoff v. Dillsburg Area Public Library, *et al.* | : | Civil No. 1:CV-01-2387 |
| Barnes, *et al.* v. Rozzman, *et al.* | : | Civil No. 1:CV-01-2396 |
| Bartley v. Drumar Development Co., *et al.* | : | Civil No. 1:CV-01-2402 |
| Citizens for Pennsylvania's Future v. The United States Department of Interior | : | Civil No. 1:CV-01-2403 |

## O R D E R

IT IS HEREBY ORDERED THAT the captioned cases are transferred to the Honorable Christopher C. Conner, United States District Judge. Any case management orders previously issued in these cases remain in effect unless otherwise ordered by Judge Conner.

SYLVIA H. RAMBO
United States District Judge

Dated: August 15, 2002.

FILED
HARRISBURG, PA

AUG 1 5 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

2