

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS, JR.,**  Plaintiff | : CIVIL ACTION NO. 1:01-CV-0877 |
| v. | : |
| **PENNSYLVANIA TURNPIKE COMMISSION,**  Defendant | : |

**ORDER**

FILED
HARRISBURG PA
AUG 2 6 2002
MARY E. D'ANDREA, CLERK
Per ___

Pursuant to Canon 3C(1) of the Code of Conduct for United States Judges, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action. The Clerk of Court shall reassign the case to another judge.

CHRISTOPHER C. CONNER
United States District Judge

Dated: August 26, 2002