

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. WILLIAMS,         :   CIVIL NO. 1:CV-01-0877
    Plaintiff          :
    v.                 :
PENNSYLVANIA TURNPIKE      :
COMMISSION,                :
    Defendant          :



# ORDER

**IT IS HEREBY ORDERED THAT** the January 30, 2002, case management order in the captioned action is amended at page 3, ¶ 7(a), at the first sentence, to read:

> A pretrial conference will be held on <u>Friday, November 1, 2002, at 2:30 p.m.</u>, in the chambers of Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

In all other respects, the case management order remains unaltered.

                                            /s/ SYLVIA H. RAMBO
                                            United States District Judge

Dated: August 27, 2002.