

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. WILLIAMS, JR.,     :  CIVIL CASE

         Plaintiff,       :

                      :  NO. 1:CV 01-0877

         v.          :

                      :  (Judge Rambo)

PENNSYLVANIA TURNPIKE     :
COMMISSION,              :

         Defendant.     :

**FILED**
HARRISBURG, PA

AUG 3 0 2002

MARY E. D'ANDREA, CLE
Per _____
       Deputy Clerk

## TABLE OF CONTENTS FOR EXHIBITS ATTACHED TO PENNSYLVANIA TURNPIKE COMMISSION'S <u>MOTION FOR SUMMARY JUDGMENT</u>

A  -  Deposition Transcript of Harry E. Williams, Jr. (relevant portions)

B  -  Deposition Transcript of Harry E. Williams, Jr. – Dep. II (relevant portions)

C  -  Deposition Transcript of William Capone (relevant portions)

D  -  Deposition Transcript of Joanne Gitto Davis (relevant portions)

E  -  Deposition Transcript of Ronald Frank (relevant portions)

F  -  Deposition Transcript of Greg Rausch (relevant portions)

G  -  Deposition Transcript of John Martino (relevant portions)

H  -  Deposition Transcript of Gregory Richards (relevant portions)

I  -  Pennsylvania Turnpike Commission Policy and Procedure for Promoting Employees, Policy No. 65

J  -  April 23, 1999 Vacancy Notice

K  -  April 23, 1999 Letter from H. Williams to J. Gitto Davis

L  -  May 21, 1999 Memorandum from J. Gitto Davis to H. Williams

M  -  April 23, 1999 Promotion Application Log

| | | |
|---|---|---|
| N | - | Job Description for Duty Officer |
| O | - | May 12, 1999 Memorandum from L. Gitto Davis to J. Martino |
| P | - | June 4, 1999 Recommended Personnel Actions |
| Q | - | Deposition Transcript of Joseph Rispoli (relevant portions) |
| R | - | June 18, 1999 Memorandum from J. Gitto Davis to Plaintiff |
| S | - | July 28, 1999 Vacancy Notice |
| T | - | August 24, 1999 Memorandum from J. Gitto Davis to J. Martino |
| U | - | July 1999 Promotion Application Log |
| V | - | November 28, 2000 Vacancy Notice |
| W | - | January 5, 2001 Memorandum from J. Gitto Davis to H. Williams |
| X | - | November 28, 2000 Promotion Application Log |
| Y | - | Deposition Transcript of Daniel Bretzman (relevant portions) |
| Z | - | Typing Tests for H. Williams, R. Fleck, T. Leiss |
| AA | - | January 17, 2001 Recommended Personnel Actions |
| BB | - | February 6, 2001 Memorandum to H. Williams |

PH1 419317v1 08/28/02