23
9/23/02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**HARRY E. WILLIAMS,**  :   CIVIL NO. 1:CV-01-0877

    Plaintiff  :

    v.  :

**PENNSYLVANIA TURNPIKE COMMISSION,**  :

    Defendant  :



FILED
SEP 18 2002
PER _____
HARRISBURG, PA.   DEPUTY CLERK

**ORDER**

**IT IS HEREBY ORDERED THAT** Plaintiff's motion for enlargement of time is **GRANTED**. Plaintiff shall file his brief in opposition to Defendant's motion for summary judgment no later than September 24, 2002.

CHRISTOPHER C. CONNER
United States District Judge on behalf of
Judge Sylvia H. Rambo

Dated: September 19, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

Re:  1:01-cv-00877   Williams v. Pennsylvania Turnpik

True and correct copies of the attached were mailed by the clerk
to the following:

    Andrew J. Ostrowski, Esq.
    4311 N. 6th St.
    Harrisburg, PA  17110

    Marvin L. Weinberg, Esq.
    John C. Romeo, Esq.
    Fox, Rothschild, O'Brien & Frankel
    2000 Market Street
    10th Floor
    Philadelphia, PA  19103  Fax No.: 12152992150

cc:
Judge                              (X)        ( ) Pro Se Law Clerk
Magistrate Judge                   ( )        ( ) INS
U.S. Marshal                       ( )        ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Bankruptcy Court                   ( )
Other_____     ( )

                                      MARY E. D'ANDREA, Clerk

DATE: September 18th, 2002          BY: _____
                                                  Deputy Clerk