UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS JR.,**<br>**Plaintiff** | : CIVIL ACTION NO.: 1:CV-01-0877<br>:<br>: |
| v. | :<br>: |
| **PENNSYLVANIA TURNPIKE COMMISSION,**<br>**Defendants** | :<br>: |



## ORDER

AND NOW, this _25_ day of September, 2002, upon consideration of Plaintiff's Motion for an Enlargement of Time, it is hereby ORDERED, that the Motion is granted and that Plaintiff's brief in opposition to Defendant's Motion for Summary Judgment shall be filed by September 25, 2002.

BY THE COURT:

Sylvia H. Rambo
United States District Judge