IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS,** | : CIVIL NO. 1:CV-01-0877 |
| Plaintiff | : |
| v. | : |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : |
| Defendant | : |



### ORDER

In light of the pending motion for summary judgment, **IT IS HEREBY ORDERED THAT**:

1) The captioned action is removed from the November 2002 trial list and the November 1, 2002 pretrial conference is canceled.

2) The deadlines for filing motions *in limine* and pretrial memoranda are suspended.

3) An order setting new dates and deadlines will issue, if necessary, upon disposition of the pending motion for summary judgment.

SYLVIA H. RAMBO
United States District Judge

Dated: October  11 , 2002.