MR (30)
10-16-

<u>Williams v. Pennsylvania Turnpike Comm'n</u>                TIME: <u>3:15 p.m.</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### MINUTES OF CONFERENCE

CASE No. <u>1:CV-01-0877</u>

DATE <u>October 15, 2002</u>

Hon. Sylvia H. Rambo presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference <u>Re: Deposition for trial</u>

Time Commenced <u>3:15</u>    Time Terminated <u>3:30</u>

**PLAINTIFF:**          **APPEARANCES**          **DEFENDANT:**

<u>Andrew Ostrowski, Esquire</u>    <u>John Romeo, Esquire</u>

                <u>Weinberg</u>

FILED
OCT 15 2002
PER _MH_
HARRISBURG, PA    DEPUTY CLERK

**REMARKS**

Plaintiff wants to depose a witness more than 100 miles from court house. Discovery is over. P acknowledges witness not necessary to meet summary judgment motion. Under Rule 45 witness cannot be subpoenaed for trial. Motion in limine for this court to exceed protection of Rule 45(c). See order of 10/16/02.