IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS,** | : CIVIL NO. 1:CV-01-0877 |
| Plaintiff | : |
| v. | : |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : |
| Defendant | : |



# ORDER

On October 29, 2002, counsel for Defendant contacted the undersigned's office to request an opportunity to supplement a reply brief in a summary judgment filing. The request was made because another Judge (Jones) of this court has issued an opinion that might be relevant to the issues presented in the motion for summary judgment pending before this court. Counsel for Defendant represented to the court that he obtained concurrence from Plaintiff's counsel.

**IT IS THEREFORE ORDERED THAT** Defendant may file a supplemental reply brief by November 9, 2002. Plaintiff may file a sur-reply by November 16, 2002 addressing only the relevance of the Judge Jones's opinion to the instant case.

SYLVIA H. RAMBO
United States District Judge

Dated: October 30, 2002.