# ORIGINAL

11-13-02

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO.: 1:CV 01-0877 |
| v. | : | |
| | : | (JUDGE RAMBO) |
| PENNSYLVANIA TURNPIKE, | : | |
| COMMISSION, | : | |

## PLAINTIFF RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff "concurred", as strictly a courtesy, in Defendant's Counsel's indication that he intended to submit Judge Jones' Opinion in *Edwards v. Pennsylvania Turnpike Commission* to this Court in the referenced matter.[1] Plaintiff does not, however, believe that Judge Jones' decision is material or in any way relevant to the matter *sub judice* and Defendant, confoundingly, posits no argument as to how it is. Nevertheless, if Judge Jones' Opinion will assist this Court in rendering a fair and impartial decision, then by all means, consider it.

---

[1] Interestingly, Defendant unreasonably opposed Plaintiff's request in the *Edwards'* case to submit the sworn deposition testimony of Ronald Frank, a witness in both cases, who stated that the relevant decision maker, Joseph McCool, instructed Frank to inform Williams that he would jeopardize his career with the Turnpike if he continued to assist "that crazy fucking nigger" in reference to Edwards. How Defendants can in good faith logically square their inconsistent positions escapes Plaintiff's counsel; however, such is the nature of the fight against discrimination–both the employment action and the litigation strategies are built upon sheer "prejudice."

                                        Respectfully submitted,

                                        Andrew J. Ostrowski, Esquire
                                        **BAILEY, STRETTON & OSTROWSKI**
                                        4311 North 6th Street
                                        Harrisburg, PA 17110
                                        (717) 221-9500
                                        Attorney for Plaintiff

Dated:      November 12, 2002

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that a true and correct copy of the Plaintiff's Response To Defendant's Supplemental Brief To Defendant's Motion For Summary Judgment was served on Defendant's counsel by first class mail, postage pre-paid, addressed as follows:

> John C. Romeo, Esquire
> Fox, Rothchild, O'Brien & Frankel, LLP
> 2000 Market Street, 10th Floor
> Philadelphia, PA 19103-3291

_____
Andrew J. Ostrowski, Esquire

Dated:      November 12, 2002