IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY E. WILLIAMS, JR., | CIVIL NO.1:CV-01-0877 |
| Plaintiff | |
| v. | |
| PENNSYLVANIA TURNPIKE COMMISSION, | |
| Defendant | |



## ORDER

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED THAT** Defendant's motion for summary judgment is **GRANTED IN PART and DENIED IN PART**, as follows:

(1) The motion is **DENIED** as it relates to Plaintiff's claim that Defendant retaliated against him by refusing to promote him to a duty officer position in April of 1999; and

(2) The motion is **GRANTED** as it relates to Plaintiff's claim that Defendant retaliated against him by refusing to promote him to a duty officer position in July of 1999 and November of 2000;

(3) Insofar as Plaintiff claims that Defendant discriminated against him based on his gender, Defendant's motion for summary judgment is **GRANTED**; and

(4) Insofar as Plaintiff claims that he is entitled to punitive damages, Defendant's motion for summary judgment is **GRANTED**. Plaintiff will be precluded from seeking punitive damages at trial.

SYLVIA H. RAMBO
United States District Judge

Dated: January 22, 2003.