IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY E. WILLIAMS, | CIVIL NO. 1:CV-01-0877 |
| Plaintiff | |
| v. | |
| PENNSYLVANIA TURNPIKE COMMISSION, | |
| Defendant | |

ORDER



**IT IS HEREBY ORDERED THAT**:

1) The captioned action is placed on the April 2003 trial list. Jury selection for cases on the April list will begin at 9:30 a.m. on Monday, April 7, 2003 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trials will commence following the completion of jury selections. A date certain for trial may be discussed at the pretrial conference; however, counsel are expected to be prepared to go forward with trial at anytime during the trial term.

2) Pretrial memoranda shall be filed on or before noon on March 21, 2003 in conformity with the local rules.

3) The pretrial conference is <u>scheduled</u> for 11:00 a.m. on Friday, March 28, 2003 in the chambers of Courtroom No. 3.

SYLVIA H. RAMBO
United States District Judge

Dated: January 22, 2003.