IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS,** | : CIVIL NO. 1:CV-01-0877 |
| **Plaintiff** | : |
| v. | : |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : |
| **Defendant** | : |

**O R D E R**

It has come to the court's attention that the parties wish to file motions *in limine*. In light of the confusion resulting from the suspension of the pretrial deadlines on the due date for filing motions *in limine,* **IT IS HEREBY ORDERED THAT:**

1) Motions *in limine* accompanied by supporting briefs may be filed no later than March 26, 2003.

2) Responses to motions *in limine* shall be filed no later than April 4, 2003.

3) No reply briefs are permitted.

    Ss/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: March 19, 2003.