IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| Plaintiff, | : | |
| v. | : | NO. 1:CV 01-0877 |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| Defendant. | : | |

## ORDER

AND NOW, this      day of          , 2003, upon consideration of Defendant's Motion *in Limine* to Preclude Testimony, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is ORDERED that Plaintiff is barred from introducing any evidence concerning Joseph McCool's alleged comments to Ronald Frank with respect to Plaintiff's "future with the Turnpike Commission" as it relates to Plaintiff's alleged support of one of his co-employees, Terri Edwards.

BY THE COURT:

_____
Sylvia H. Rambo,              J.