IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| Plaintiff, | : | |
| v. | : | NO. 1:CV 01-0877 |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| Defendant. | : | |

FILED
HARRISBURG
MAR 2 6 2003
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## DEFENDANT, PENNSYLVANIA TURNPIKE COMMISSION'S, MOTION IN LIMINE TO PRECLUDE HEARSAY TESTIMONY OF DALE WICKARD'S ALLEGED WORK MISCONDUCT

Defendant, the Pennsylvania Turnpike Commission, by its undersigned counsel, moves in limine for an Order barring Plaintiff, Harry E. Williams, Jr., from introducing any evidence of, relying upon, or offering any hearsay testimony regarding Dale Wickard's alleged work misconduct.

MARVIN L. WEINBERG, ESQUIRE
JOHN C. ROMEO, ESQUIRE
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2706
Attorneys for Defendant,
Pennsylvania Turnpike Commission

Dated: March 25, 2003