IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| Plaintiff, | : | |
| v. | : | NO. 1:CV 01-0877 |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant's Motion in Limine to Preclude Hearsay Testimony Regarding Dale Wickard's Alleged Work Misconduct, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is ORDERED that Plaintiff is barred from introducing any evidence of, relying upon, or offering any hearsay testimony regarding Dale Wickard's alleged work misconduct.

BY THE COURT:

_____
Sylvia H. Rambo, J.