IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:CV 01-0877 |
| | : | |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| | : | |
| Defendant. | : | |

FILED
HARRISBURG

MAR 2 6 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### DEFENDANT, PENNSYLVANIA TURNPIKE COMMISSION'S, MOTION IN LIMINE TO PRECLUDE EVIDENCE REGARDING THE JULY 1999 AND NOVEMBER 2000 DUTY OFFICER JOB POSTINGS

Defendant, the Pennsylvania Turnpike Commission, by its undersigned counsel, moves in limine for an Order barring Plaintiff, Harry E. Williams, Jr., from introducing any evidence of, relying upon, or offering any testimony regarding the July 1999 and November 2000 job postings for the position of Duty Officer and Defendant's failure to promote Plaintiff in July 1999 and November 2000.

MARVIN L. WEINBERG, ESQUIRE
JOHN C. ROMEO, ESQUIRE
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2706
Attorneys for Defendant,
Pennsylvania Turnpike Commission

Dated: March 25, 2003