IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| Plaintiff, | : | |
| v. | : | NO. 1:CV 01-0877 |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| Defendant. | : | |

## ORDER

AND NOW, this           day of            , 2003, upon consideration of Defendant's Motion in Limine to Preclude Evidence Regarding the July 1999 and November 2000 Postings and Defendant's Failure to Promote Plaintiff in July 1999 and November 2000, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is ORDERED that Plaintiff is barred from introducing any evidence of, relying upon, or offering any testimony regarding the July 1999 and November 2000 job postings for Duty Officer and Defendant's failure to promote him in July 1999 and November 2000.

BY THE COURT:

_____
Sylvia H. Rambo, J.