IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| Plaintiff, | : | |
| v. | : | NO. 1:CV 01-0877 |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| Defendant. | : | |

FILED
HARRISBURG
MAR 26 2003
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**DEFENDANT, PENNSYLVANIA TURNPIKE COMMISSION'S, MOTION <u>IN LIMINE</u> TO PRECLUDE TESTIMONY OR EVIDENCE OF PLAINTIFF'S ALLEGED PAIN AND SUFFERING IN SUPPORT OF HIS <u>UNPLED COMPENSATORY DAMAGES CLAIM</u>**

Defendant, the Pennsylvania Turnpike Commission, by its undersigned counsel, moves <u>in limine</u> for an Order barring Plaintiff, Harry E. Williams, Jr., from introducing any evidence of, relying upon, or offering any testimony regarding pain and suffering he allegedly experienced as a result of Defendant's failure to promote him in April 1999, or any other evidence that would support his unpled compensatory damages claim.

_____
MARVIN L. WEINBERG, ESQUIRE
JOHN C. ROMEO, ESQUIRE
FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-3291
(215) 299-2706
Attorneys for Defendant,
Pennsylvania Turnpike Commission

Dated: March 25, 2003