IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. WILLIAMS, JR., | : | CIVIL CASE |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 1:CV 01-0877 |
| | : | |
| PENNSYLVANIA TURNPIKE COMMISSION | : | (Judge Rambo) |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant's Motion in Limine to Preclude Evidence Regarding Testimony or Evidence Regarding Plaintiff's Pain and Suffering In Support of His Unpled Compensatory Damages Claim, and Plaintiff's response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and it is ORDERED that Plaintiff is barred from introducing any evidence of, relying upon, or offering any testimony regarding pain and suffering he allegedly experienced as a result of Defendant's failure to promote him in April 1999, or any other evidence that would support his unpled compensatory damages claim.

BY THE COURT:

_____
Sylvia H. Rambo, J.