IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY E. WILLIAMS,** | : | **CIVIL NO. 1:CV-01-0877** |
| **Plaintiff** | : | |
| v. | : | |
| **PENNSYLVANIA TURNPIKE COMMISSION,** | : | |
| **Defendant** | : | |

# O R D E R

Following a pretrial conference held March 28, 2003, **IT IS HEREBY ORDERED THAT**:

    1) Jury selection will begin at 1:30 p.m. on Monday, April 7, 2003.

    2) Trial will begin at 9:30 a.m. on Monday, April 14, 2003 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    3) Rulings are deferred on the following issues pending disposition of motions *in limine*:

        a) the issue of compensatory damages; and

        b) the admission of Plaintiff's exhibits numbered 6, 21 through 29 (except 26), 32, and 35 through 38.

    4) Plaintiff shall produce the entire exhibit number 5.

    5) The parties agree to the stipulation set forth at Section I of the Defendant's Pretrial Memorandum.

   6) Plaintiff is to notify the court and defense counsel no later than April 4, 2003, of any additional pages of the Sullivan deposition he intends to use. Defendant's objection to same are be due no later than April 9, 2003.

   7) Plaintiff is not entitled to prospective relief.

                s/Sylvia H. Rambo
                SYLVIA H. RAMBO
                United States District Judge

Dated: March 28, 2003.