FILED
HARRISBURG, PA

APR 4 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS JR.,** | **: CIVIL ACTION NO.: 1:CV-01-0877** |
| **Plaintiff** | : |
| | : *Rambo* |
| **v.** | : |
| | : |
| **PENNSYLVANIA TURNPIKE** | : |
| **COMMISSION,** | : |
| **Defendants** | : |

## PROPOSED VOIR DIRE QUESTIONS

Plaintiff joins in the special verdict questions submitted by the Defendants with the addition of the following:

1.    Do any of you have any experiences or prejudices that will make it difficult for you to be fair and impartial toward Mr. Williams in light of the fact that he is claiming that he was retaliated against for assisting an African-American employee?

Respectfully Submitted,

By _____

Andrew J. Ostrowski, Esquire
I.D. No.: 66420
4311 North Sixth Street
Harrisburg, PA 17110
(717) 221-9500
Attorney for Plaintiff

Dated: April 4, 2003

## CERTIFICATE OF SERVICE

I, Andrew J. Ostrowski, Esquire, hereby certify that I have served a true and correct copy

of the foregoing document upon the following counsel of record by depositing the same in the

U.S. Mail, postage prepaid,  addressed as follows:

John C. Romeo, Esquire
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, Tenth Floor
Philadelphia, PA 19103-2706

By _____
Andrew J. Ostrowski, Esquire
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500

Dated: April 4, 2003