IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**HARRY E. WILLIAMS,** : **CIVIL NO. 1:CV-01-0877**
     **Plaintiff** :
   **v.** :
**PENNSYLVANIA TURNPIKE COMMISSION,** :
     **Defendant** :

**O R D E R**

By an order dated March 19, 2003, the court allowed the parties to file motions *in limine* in the captioned matter no later than March 26, 2003. In that same order, the court ordered the parties to file their briefs in response to such motions no later than April 4, 2003. On March 26, 2003, Defendant filed the following motions *in limine*: (1) to preclude evidence of Plaintiff's pain and suffering; (2) to preclude evidence of Joseph McCool's alleged statement to Ronald Frank regarding Plaintiff's future with the Turnpike Commission; (3) to preclude evidence regarding the July 1999 and November 2000 duty officer job postings; and (4) to preclude hearsay testimony regarding Dale Wickard's alleged work related misconduct. Plaintiff did not file any response to Defendant's motions.[1] The court, therefore, will grant these motions as unopposed. **IT IS SO ORDERED**.

                                                  s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: April 8, 2003.

---

[1] With respect to the motion regarding Dale Wickard's conduct, the court advises Plaintiff's counsel to control Plaintiff's testimony regarding this subject.