2 TO G

Joseph P. McCool, Pro Se
27 Lukens Street
Feasterville, PA 19053-6507
215-396-2350

## United States District Court

## Middle District of Pennsylvania

Judge Rambo

Harry E. Williams Jr.,          : Case Number: 1:CV-01-0877

     Plaintiff                  :

     vs.                       :

Pennsylvania Turnpike Commission,   :

     Defendant                 :

                       :

**FILED**
HARRISBURG, PA

APR 0 9 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## MOTION FOR RECONSIDERATION AND CLARIFICATION

Joseph P. McCool (McCool) hereby requests this Honorable Court to vacate its order of April 7, 2003, and quash the Subpoena in a Civil Case for the referenced case number that was issued to McCool. The Court held a hearing on the McCool's Motion to Quash Subpoena without McCool's participation. Plaintiff filed a response to the motion contending he has a substantial need for McCool's testimony in that McCool was intimately involved in the decision-making process which are fact issues at trial. McCool was not provided with an opportunity to respond to Plaintiff's contentions and believes the Plaintiff may have misrepresented the Defendant's hiring and promotional practices. The subpoena was improper since Plaintiff had not shown a substantial need for McCool's testimony prior to issuing the subpoena and has no knowledge of the McCool's knowledge of the fact issues at trial since Plaintiff failed to depose McCool during discovery.

## United States District Court

## Middle District of Pennsylvania

Harry E. Williams Jr.,                    :    **Case Number: 1:CV-01-0877**
                                          :
      **Plaintiff**                      :
                                          :
   **vs.**                               :
                                          :
Pennsylvania Turnpike Commission,         :
                                          :
      **Defendant**                     :
                                          :
                                          :
_____   :

### CERTIFICATE OF SERVICE

I, Joseph P. McCool, hereby certify that I am this day serving a true and correct copy of the Motion for Reconsideration and Clarification via Prepaid First Class Mail upon the following:

Andrew J. Ostrowski, Esq.
4311 N. 6th Street
Harrisburg, PA 17110

Pennsylvania Turnpike Commission
c/o Marvin L. Weinberg
2000 Market Street
Philadelphia, PA 19103-3291


_____
Joseph P. McCool, Pro Se
27 Lukens Street
Feasterville, PA 19053-6507
Phone: 215-396-2350

DATED: ___4/8/03___