# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS JR.,** | **: CIVIL ACTION NO.: 1:CV-01-087** |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **PENNSYLVANIA TURNPIKE** | : |
| **COMMISSION,** | : |
| **Defendants** | : |

## ORDER

NOW, this _____ day of April, 2003, it is hereby Ordered that the Court's

April 8, 2003 Order granting Defendant's Motions in Limine is vacated.


By the Court,


_____
Sylvia H. Rambo
District Judge