2 + ct

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Harry E. WILLIAMS, JR.,  :
          Plaintiff  :
                     :    No. 1:CV-01-0877
       v.          :
                     :    Judge Sylvia Rambo
PENNSYLVANIA TURNPIKE  :
COMMISSION,  :
          Defendant  :

**FILED**
**HARRISBURG**

APR 1 1 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### SUPPLEMENTAL PROOF OF SERVICE

I, Peter J. Wirs, do hereby verify that on April 2, 2003 at 5:00 P.M., I did serve

Joseph P. McCool, of 27 Lukens Street, Feasterville (Lower Southampton Township,

Bucks County), Pennsylvania by personally tendering onto the subpoena, Federal

Rules of Civil Procedure, Rule 45, Parts C & D (Form AO88), and a check from the

Attorney Account of Andrew J. Ostrowski, Esq., in the amount of One Hundred

Dollars and No Cents ($100.00), all items being stapled in the aforementioned order,

such having being my modus operandi in serving process.

April 11, 2003

Respectfully, etc.

Peter J. Wirs
105 North Street
Harrisburg, PA 17101