# EXHIBIT LIST

JUDGE  Sylvia H. Rambo  
Plaintiff _____ Defendant _____  
CASE NUMBER  1:01-CV-0877

| # | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 1 | PTC Policy & Procedure from Hiring Employees April 21, 1992 | | | | |
| 2 | PTC Interviewing the Job Applicant | | | | |
| 3 | PTC Duty Officer Job Description April 1999 | 4-14-03 | 4-15-03 | Admit | William Capone |
| 4 | PTC Radio Operator I Job Description June 1999 | | | | |
| 5 | PTC Radio Operator II Job Description June 1999 | | | | |
| 6 | PTC Vacancy Notice (Duty Officer Position) 12/1/99 - 12/15/99 | | | | |
| 7 | McCool Memo dated April 12, 1999 - outside advertisement | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 8 | Gitto Davis April 17, 1999 Commission Action | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 9 | Gitto Davis Memo May 3, 1999 Commission Action | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 10 | PTC Vacancy Notice 4/23/1999 Duty Officer Amended 5 Positions | 4-4-03 | 4-15-03 | Admit | Harry Williams |
| 11 | Williams' Application Letter 4/23/99 | 4-4-03 | 4-15-03 | Admit | Harry Williams |
| 12 | Promotion Application Log 4/22/99 - 5/14/99 | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 13 | PTC Recommended Personnel Actions 6/4/99 | 4-14-03 | 4-15-03 | Admit | William Capone |

# EXHIBIT LIST

JUDGE _____   Plaintiff _____   Defendant _____   CASE NUMBER _____

| # | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 14 | PTC Recommendation promotion | 4-15-03 | | | Joanne Gitto Davis |
| 15 | Gitto Davis 5/21/99 | | | | |
| 16 | Review receipt acknowledgement | | | | |
| 17 | Gitto Davis memo 6/18/99 | | | | |
| 18 | Duty officer interviews questions (Williams) | | | | |
| 19 | Fred Junker application letter + resume 4/26/00 | | | | |
| 20 | Dale Wickard wanted app, letter + resume 5/4/99 | | | | |
| 21 | Duty officer interview questions (Wickard) | | | | |
| 22 | Vacancy notice Duty officer 7/22/99 | | | | |
| 23 | Gitto Davis memo 7/21/99 | | | | |
| 24 | Commission action vacancy notice Duty officer 8/9/1999 (application log, etc) | | | | |
| 25 | Gitto Davis memo 11/3/99 comm. action Dietz letter 11/25/99, 11/29/99 Ten 2000 - Duty officer candidates | 4-14-03 | 4-15-03 | Admit | |
| 26 | Application/Resume April 1998 (Williams) | | | | Harry Williams |

# EXHIBIT LIST

JUDGE _____  CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| 27 | | Job bid Resume 7/27/1999 (Williams) | | | | |
| 28 | | Gilk Davis email to Brentz 2/22/2000 | | | | |
| 29 | | McCool note/vacancy notice DUI Officer June 1999 | | | | |
| 30 | | Draft of Job Description Coordinator of Comm. Services - McCool emails | | | | |
| 31 | | Hunter emails 7/20/1999 | | | | |
| 32 | | Job 2000 DUI officer descript + memos | | | | |
| 33 | | Job bid DUI officer 1/25/00 Williams | | | | |
| 34 | | Application letter/resume 12/1/00 Williams | | | | |
| 35 | | Job 01 Application/ Recommended candidates | | | | |
| 36 | | Typing test: Leiss, Williams, Beck | | | | |
| 37 | | Jan SOI - resume acknowledge-ment 12/10/01 Rejection letter | | | | |
| 38 | | | | | | |
| 39 | | Marcek email 1/10/01 | | | | |

# EXHIBIT LIST

JUDGE _____    CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| 40 | | Williams 2/3/44 memo re Terral Edwards | 4-14-03 | 4-15-03 | Admit | Harry Williams |
| 41 | | Williams 2/22/99 memo re Terral Edwards | | 4-15-03 | Admit | Harry Williams |
| 42 | | Verentlochen warning 4/6/99 to Williams | 4-14-03 | 4-15-03 | Admit | Harry Williams |
| 43 | | Inter office memo to Williams 4/10/99 inadap lappase | 4-14-03 | 4-15-03 | Admit | Harry Williams |
| 44 | | Letters + physical confrontation desire to Williams 8/4/99 | 4-14-03 | 4-15-03 | Admit | Harry Williams |
| 45 | | Williams written warning 8/4/99 | | | | |
| 46 | | Congratulations / job well done letter / mentorship | | | | |
| 47 | | Instruct for saving credit's moral fiber + having advisory | | | | |
| 48 | | Williams' diplomas + certificates | 4-14-03 | 4-15-03 | Admit | Harry Williams |
| 49 | | Correspondence from Williams re various troubles etc | | | | |
| 50 | | CAC communications summary 2001 | | | | |