Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. WILLIAMS, JR.,         :   CIVIL ACTION
            Plaintiff,          :
                                :   NO. 1:CV 01-0877
    v.                          :
                                :   (Judge Rambo)
PENNSYLVANIA TURNPIKE           :
COMMISSION,                     :
            Defendant.          :

## DEFENDANT'S LIST OF TRIAL EXHIBITS

| DEFENDANT | PLAINTIFF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 1 | 1 | Pennsylvania Turnpike Commission Policy and Procedure for Promoting Employees, Policy No. 65 (PTC 0534-36) | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 2 | 10 | April 23, 1999 Vacancy Notice (PTC 0328) | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 3 | | Job posting for position of Communications Center Duty Officer (response requested by May 7, 1999) (PTC 0269) | | | | |

| DEFENDANT | PLAINTIFF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 4 | 11 | April 23, 1999 Letter from H. Williams to J. Gitto Davis; H. Williams' application for Communication Center Duty Officer (April 1999 posting) (w attached resume, references, job descriptions (Radio Operator I and II and Communications Center Duty Officer)(HW0016-26) | | | | |
| 5 | 15 | May 21, 1999 Memorandum from J. Gitto Davis to H. Williams (PTC 0335) | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 6 | 12 | April 23, 1999 Promotion Application Log (PTC 0242-43) | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 7 | 3 | Job Description for Duty Officer (PTC 0325-27) | 4-15-03 | 4-15-03 | Admit | William Capone |
| 8 | | Job Description: Radio Operator II (PTC 0077) | | | | |
| 9 | | May 12, 1999 Memorandum from J. Gitto Davis to J. Marino (PTC 0272) | 4-15-03 | 4-15-03 | Admit | Joanne Gitto Davis |
| 10 | 13 | June 4, 1999 Recommended Personnel Actions (PTC 0244-46) | 4-15-03 | 4-15-03 | Admit | William Capone |
| 11 | | Pennsylvania Human Relations Commission Retaliation Questionnaire (IN-14 Form) re: Williams' Charge/Docket No. E-94646-D(2) | | | | |

| DEFENDANT | PLAINTIFF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 12 | 40 | February 3, 1999 Memorandum from H. Williams to K. Zawacki re: incident involving J. Curanzy and T. Edwards (HW 0001-3) | | | | |
| 13 | 41 | February 22, 1999 Memorandum from H. Williams to K. Zawacki re: Follow-up to February 3rd memo and incident involving J. Curanzy and T. Edwards (HW 0004-7) | | | | |
| 14 | 34 | November 28, 2000 Job Bid Form re: Williams' bid for Customer Service Representative position (PTC 0070) | | | | |
| 15 | | October 30, 2000 Memorandum from J. Gitto Davis to G. Richards re: list of eligible bidders three Customer Assistance Center Representative positions (PTC 0004) | | | | |
| 16 | | December 1, 2000 Memorandum from J. Morack to D. Jordan, F. Shaffer, and T. Scanlon re: trial periods awarded for Customer Assistance Center Representatives positions, including H. Williams (PTC 0056) | | | | |

| DEFENDANT | PLAINTIFF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 17 | 39 | January 10, 2001 Memorandum from J. Morack to P. Hernjak re: H. Williams' decision to stay in the Customer Assistance Center following trial period (PTC 0060) | | | | |
| 18 | 43 | 4/10/99 Memorandum from G. Rausch to H. Williams re: Inappropriate language and need to comply with Policy #61 (PTC 0941) | 4-15-03 | 4-15-03 | Admit | Greg Rausch |
| 19 | 42 | 4/8/99 Memorandum from A. Rudy to H. Williams re: verbal warning for sleeping while on duty (TC 0945) | | | | |
| 20 | | April 2, 1996 Memorandum from H. Williams to J. DiRienzo re: Radio Operator 2 open position (PTC 1088) | | | | |
| 21 | | April 2, 1996 Memorandum from R. Frank to J. DiRienzo re: Williams only qualified bidder for Radio Operator 2 position (PTC 1089) | | | | |
| 22 | 2 | Booklet: Interviewing the Job Applicant Training (PTC 1145-57) | | | | |

| DEFENDANT | PLAINTIFF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| 23 | 31 | E-mail from J. McCool to Gentlemen and Angie re: responsibilities of duty officers and J. McCool's response to an incident (HW 0072) | | | | |