IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS, JR.,** | : CIVIL NO.1:CR-01-0877 |
| Plaintiff | : |
| v. | : |
| **PENNSYLVANIA TURNPIKE COMMISSION** | : |
| Defendant | : |

## VERDICT FORM

1. Did Plaintiff prove, by a preponderance of the evidence, that he was not promoted to a Duty Officer position in June of 1999 because he assisted another co-worker in pursuing a racial discrimination claim?

    ___ Yes          ✓ No

    If your answer is "Yes," proceed to question 2. If your answer is "No," sign the verdict form and inform the court deputy that you have reached a verdict.

2. If your answer to question 1 is "Yes," did Plaintiff prove, by a preponderance of the evidence, that he was damaged as a result of Defendant's failure to promote him?

    ___ Yes          ___ No

    If your answer is "Yes," proceed to question 3. If your answer is "No," sign the verdict form and inform the court deputy that you have reached a verdict.

3. If your answer to questions 1 and 2 is "Yes," what damages do you award Plaintiff?

    $_____

    Sign the verdict form and inform the court deputy that you have reached a verdict.

                                              _____
                                              JURY FOREPERSON

Date: _April 15, 2003_