AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| Harry E. Williams, Jr.<br>  Plaintiff | Case No: 1:01-CV-0877 |
| V. | Judge Sylvia H. Rambo |
| Pennsylvania Turnpike Commission<br>  Defendant | |

**:**   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**9**   **Decision by Court.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the jury verdict rendered on April 15th, 2003, judgment be and is hereby entered in favor of the Defendant, Pennsylvania Turnpike Commission, and against the Plaintiff, Harry E. Williams, Jr.

**Date:** April 16th, 2003             **Mary E. D'Andrea, Clerk of Court**

/s/ Mark J. Armbruster
**(By)** Mark J. Armbruster, Deputy Clerk