# UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,                                              717-221-3920
      Clerk

April 15, 2003

IN RE: Harry Williams, Jr. V. Pennsylvania Turnpike Commission
Case #1:01-CV-0877

TO COUNSEL:

Your **original** trial exhibits, from the jury trial held 4/14/03 through 4/15/03, are being

returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make

arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

**FILED**
HARRISBURG, PA

Mark J. Armbruster
Deputy Clerk

APR 2 5 2003

MARY E. D'ANDREA, CLERK
Per _____

## R E C E I P T

Receipt is hereby acknowledged for the exhibits introduced by <u>Andrew Ostrowski, Esq</u>.
(Plaintiff )

In the above-captioned matter.

4/24/03
(Date)

_____
(Signature)