# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRY E. WILLIAMS JR.,** | **: CIVIL ACTION NO.: 1:CV-01-087** |
| **Plaintiff** | : |
| | : |
| **v.** | : |
| | : |
| **PENNSYLVANIA TURNPIKE** | : |
| **COMMISSION,** | : |
| **Defendants** | : |

## ORDER

NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's

Post Trial Motions, it is hereby ORDERED that Plaintiff's Motions are granted, and

that a new trial will be scheduled by further Order of the Court.


By the Court,


_____
Sylvia H. Rambo
District Judge