⬤ **ORIGINAL** ⬤

AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

_____Middle_____ DISTRICT OF _____Pennsylvania_____

## BILL OF COSTS

Harry E. Williams, Jr.

V.

Case Number: 1:CV 01-0877

Pennsylvania Turnpike Commission _____

Judgment having been entered in the above entitled action on April 16, 2003 against Harry E. Williams, Jr., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .......................................................................................................... | $ _____ |
| Fees for service of summons and subpoena ............................................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ............ | 2,330.95 |
| Fees and disbursements for printing............................................................................. | 1,551.95 |
| Fees for witnesses (itemize on reverse side) ............................................................. | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | _____ |
| Docket fees under 28 U.S.C. 1923 .............................................................................. | _____ |
| Costs as shown on Mandate of Court of Appeals ...................................................... | _____ |
| Compensation of court – appointed experts ............................................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ......... | _____ |
| Other costs (please itemize) ....................................................................................... | _____ |
| TOTAL $ | 3,882.90 |

**FILED**
**HARRISBURG, PA**

APR 28 2003

MARY E. D'ANDREA, CLERK
Per _____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Andrew J. Ostrowski, Esquire, 4811 North Sixth Street, Harrisburg, PA 17110.

Signature of Attorney: _____

Name of Attorney: _____Marvin L. Weinberg, Esquire_____

For: _____Pennsylvania Turnpike Commission_____ Date: _____April 25, 2003_____
          Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
     Clerk of Court                               Deputy Clerk                                    Date

PH1 493793v1 04/25/03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRY E. WILLIAMS, JR.,    :
    :
    Plaintiff,    :
    :    Civil Action No. 1:CV 01-0877
    v.    :
    :
PENNSYLVANIA TURNPIKE    :
COMMISSION,    :
    :
    Defendant.    :
    :

## AFFIDAVIT

I, Marvin L. Weinberg, counsel for the Defendant, Pennsylvania Turnpike Commission

("Defendant"), hereby verify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the items

named in the Bill of Costs have been necessarily incurred in this case, and are true and correct.

The said costs total $ 3,882.90, and are itemized below.

| A. | | Fees of the Court Reporter for Transcripts and Depositions Necessarily Obtained for Use in the Case and for Trial (28 U.S.C. § 1920(2),(3))(see Exhibit A attached hereto) | |
|---|---|---|---|
| | 1. | Harry E. Williams, Jr. (5/7/02) | 398.35 |
| | 2. | Sheryl Williams (6/28/02) | 565.85 |
| | 3. | Joanne Gitto Davis (7/12/02) | 390.00 |
| | 4. | John T. Martino (7/12/02) | 196.50 |
| | 5. | Joseph Rispoli (7/12/02) | 158.00 |
| | 6. | Ronald Frank (7/18/02) | 130.00 |
| | 7. | William J. Capone (7/18/02) | 130.00 |
| | 8. | Daniel E. Bretzman (7/18/02) | 139.75 |
| | 9. | Gregory R. Richards (7/18/02) | 175.50 |
| | 10. | Paul Heckman, Sr. (7/19/02) | 47.00 |
| | | **SUBTOTAL** | **$2,330.95** |

PH1 492718v1 04/22/03

| B. | Fees and disbursements for printing and witnesses (28 U.S.C. § 1920(3))(3 sets @ .25 per page) | |
|---|---|---|
| 1. | Pennsylvania Turnpike Commission's First Set of Interrogatories Directed to Plaintiff (13 pages) | 9.75 |
| 2. | Memorandum of Law in Support of Defendant, Pennsylvania Turnpike Commission's Motion for Summary Judgment (27 pages) | 20.25 |
| 3. | Pennsylvania Turnpike Commission's Statement of Material Facts (19 pages) | 14.25 |
| 4. | Exhibits Attached to Pennsylvania Turnpike Commission's Motion for Summary Judgment (123 pages) | 92.25 |
| 5. | Pennsylvania Turnpike Commission's Reply Brief to Plaintiff's Response to Defendant's Motion for Summary Judgment and Exhibits (9 pages) | 6.75 |
| 6. | Supplemental Brief In Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment and exhibit (23 pages) | 17.25 |
| 7. | Defendant Pennsylvania Turnpike Commission's Pretrial Memorandum (21 pages) | 15.75 |
| 8. | Defendant Pennsylvania Turnpike Commission's Proposed Points for Charge (17 pages) | 12.75 |
| 9. | Defendant Pennsylvania Turnpike Commission's Voir Dire Questions (9 pages) | 6.75 |
| 10. | Defendant Pennsylvania Turnpike Commission's Motion In Limine to Preclude Testimony and supporting Memorandum of Law (with exhibit) (27 pages) | 20.25 |
| 11. | Defendant Pennsylvania Turnpike Commission's Motion In Limine to Preclude Testimony or Evidence of Plaintiff's Alleged Pain and Suffering in Support of His Unpled Compensatory Damages Claim (with exhibits)(20 pages) | 15.00 |
| 12. | Defendant Pennsylvania Turnpike Commission's Motion In Limine to Preclude Evidence Regarding the July 1999 and November 2000 Duty Officer Job Postings and supporting Memorandum of Law (9 pages) | 6.75 |
| 13. | Defendant Pennsylvania Turnpike Commission's Motion In Limine to Preclude Hearsay Testimony of Dale Wickard's Alleged Work Misconduct and supporting Memorandum of Law (11 pages) | 8.25 |

| | 14. | Defendant Pennsylvania Turnpike Commission's Amended Voir Dire Questions (9 pages) | 6.75 |
|---|---|---|---|
| | 15. | Documents produced by Defendant pursuant to requests of Plaintiff (1316 pages)(two sets) | 658.00 |
| | 16. | Photocopying associated with trial preparation (exhibits, transcripts, trial materials) | 553.20 |
| | 17. | Witness fee: Deposition of Sheryl Williams | 40.00 |
| | 18. | Witness fee: Trial Subpoena for Sheryl Williams | 48.00 |
| | | **SUBTOTAL** | **$1,551.95** |
| | | | |

**TOTAL: $ 3,882.90**

MARVIN L. WEINBERG

Date: 4/25/03

## <u>CERTIFICATE OF SERVICE</u>

I, Marvin L. Weinberg, hereby certify that on this date a true and correct copy of

Defendant's Bill of Costs submitted on behalf of Defendant Pennsylvania Turnpike Commission

against Harry E. Williams, Jr. has been served via First Class Mail to Plaintiffs' counsel

addressed as follows:

Andrew J. Ostrowski, Esquire
4311 North Sixth Street
Harrisburg, PA  17110
*Attorney for Plaintiff*

_____
Marvin L. Weinberg, Esquire

Dated: April _____, 2003

# R C
# R S
# Royal Court Reporting Service, Inc.

**1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955**

*ID No.: 23-2665492*

Marvin L. Weinberg, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL
2000 Market Street
10th Floor
Philadelphia, PA  19103

**Invoice No:**     120028

05/24/2002    4148    EB

Re: Williams, Jr., Harry vs.    PA Turnpike Commisson
Assignment Date: May 07, 2002

  Harry E. Williams, Jr.

| | | | |
|---|---|---|---|
| Oral Dep., O&1 | 105.0  Pages | | 341.25 |
| Copying of Exhibits | | | 2.10 |
| Travel Fee | | | 55.00 |
| | | | ========== |
| | Total Amount $ | | 398.35 |
| | Less Paid To Date $ | | 0.00 |
| | Total due $ | | 398.35 |

United We Stand!!

Please Make Checks Payable To:
Royal Court Reporting Service

**Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcripts**

45r/s93C-03-02

# FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

**FR**O&**F**

ATTORNEYS AT LAW

FORMED IN THE COMMONWEALTH OF PENNSYLVANIA

2000 MARKET STREET, TENTH FLOOR, PHILADELPHIA, PA 19103-3291   (215) 299-2000

| | FIRST UNION | | 3-50/310 |
|---|---|---|---|
| | DATE | CHECK NO | |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**PAY**   THREE HUNDRED NINETY EIGHT AND 35/100 DOLLARS

| | DATE | CHECK NO |
|---|---|---|
| | 06/05/02 | 32935 |

TO THE
ORDER
OF

ROYAL COURT REPORTING SERVICE, INC.
SUITE 200R
1422 CHESTNUT STREET
PHILADELPHIA PA 19102

AMOUNT
******398.35

FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

*Edward Killigie*

⚠ SECURITY FEATURES INCLUDED. DETAILS ON BACK ⚠

⑂"032935" ⑊:031000503⑊: 2⑊000⑊9564260⑊"

PLEASE DETACH BEFORE DEPOSITING

| INVOICE NO. | DATE | PACK NO. | INV / AMOUNT | G.L. NO. | CLIENT NO. | DESCRIPTION |
|---|---|---|---|---|---|---|
| VENDOR NO. | | CUSTOMER NO. | | | | CHECK NO. |
| 120028 | 06/05/02 | | 398.35 | 66598 | 00123 | 32935 |

MEMO:

 **Royal Court Reporting Service, Inc.**

**1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955**
*ID No.: 23-2665492*

John C. Romeo, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL
2000 Market Street
10th Floor
Philadelphia, PA   19103-3291

**Invoice No:**       120573

07/25/2002    4622    HC

Re: Williams, Jr. vs.    PA Turnpike Commission
Assignment Date: June 28, 2002

  Sheryl Williams

Oral Dep., O&1            173.0   Pages                562.25
Copying of Exhibits                                     3.60
                                             ==========
                           Total Amount $    565.85
                       Less Paid To Date $      0.00
                           Total due $       565.85
  United We Stand!!

              Please Make Checks Payable To:
              Royal Court Reporting Service

**Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcripts**

FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND PAPER

**FRO&F** **FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
FORMED IN THE COMMONWEALTH OF PENNSYLVANIA         ATTORNEYS AT LAW
2000 MARKET STREET, TENTH FLOOR, PHILADELPHIA, PA 19103-3291   (215) 299-2000

FIRST UNION         3-50/310

CHECK DATE    08/06/02        36495

PAY      FIVE HUNDRED SIXTY FIVE AND 85/100 DOLLARS

AMOUNT    *******565.85

TO THE
ORDER
OF        ROYAL COURT REPORTING SERVICE, INC.
          SUITE 200R
          1422 CHESTNUT STREET
          PHILADELPHIA PA 19102

FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

*Edward Gillespie*

🔒 SECURITY FEATURES INCLUDED. DETAILS ON BACK. 🔒

⑈"036495"⑈ ⑆031000503⑆ 21000 19564 260"

PLEASE DETACH BEFORE DEPOSITING

**36495**

| VENDOR NO. | DATE | PAGE NO | INV AMOUNT | PENDING | CUST INV | CHECK NO. 36495 DESCRIPTION |
|---|---|---|---|---|---|---|
| 120573 | 08/05/02 | | 565.85 | | 66598 00123 | |

CUSTOMER NO.

MEMO:



# FOX • ROTHSCHILD
## O'BRIEN & FRANKEL LLP
### ATTORNEYS AT LAW

2000 MARKET STREET • TENTH FLOOR • PHILADELPHIA, PA 19103-3291
215-299-2000 • FAX 215-299-2150 • www.frof.com

Marvin L. Weinberg
Direct Dial: (215) 299-2836
Internet Address: mweinberg@frof.com

August 12, 2002

Royal Court Reporting Service, Inc.
1422 Chestnut Street-Suite 200R
Philadelphia, PA 19102

Re:   **Williams v. PA Turnpike Commission**
<u>**Invoice No. 1206668/Dated 07/30/02**</u>

Dear Sir/Madam:

    Enclosed please find check no. 36793 in the amount of $744.50 for services rendered regarding the above referenced matter.

    Thank you.

Very truly yours,

Marvin L. Weinberg

MLW:nej
Enclosure

FILE
COPY

ATLANTIC CITY, NJ • DOYLESTOWN, PA • EXTON, PA • LANSDALE, PA • LAWRENCEVILLE, NJ • PHILADELPHIA, PA • VOORHEES, NJ • WILMINGTON, DE



# Royal Court Reporting Service, Inc.

1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955
*ID No.: 23-2665492*

Marvin L. Weinberg, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL
2000 Market Street
10th Floor
Philadelphia, PA  19103

**Invoice No:**          120666

07/30/2002    4148    NS

Re: Williams, Harry  vs.   PA Turnpike Commission
Assignment Date: July 12, 2002

  Joanne Gitto Davis

Video,O&1              106.0   Pages              371.00

  John T. Martino

Video,O&1               51.0   Pages              178.50

  Joseph Rispoli

Video,O&1               40.0   Pages              140.00
Travel Fee                                        55.00
                                             ==========
                    Total Amount  $          744.50
                 Less Paid To Date $            0.00
                       Total due  $          744.50

The exhibits were retained by counsel.
United We Stand!!

Please Make Checks Payable To:
Royal Court Reporting Service

**Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcripts**

PLEASE DETACH BEFORE DEPOSITING

| VENDOR NO. | | | | | CHECK NO. 36793 |
|---|---|---|---|---|---|
| INVOICE NO. | DATE | CUSTOMER NO. PACK NO. | INV. AMOUNT | G.L. NO. CLIENT NO. | DESCRIPTION |
| 120666 | 08/09/02 | | 744.50 | 66598 00123 | |

MEMO:

Royal Court Reporting



# **R**C **R S** Royal Court Reporting Service, Inc.

**1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955**

*ID No.: 23-2665492*

Marvin L. Weinberg, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL
2000 Market Street
10th Floor
Philadelphia, PA  19103

                                    **Invoice No:**          120722


08/12/2002    4148    RCRS

Re: Williams, Jr. vs.    PA Turnpike Commission
Assignment Date: July 18, 2002

   Ronald Frank

Oral Dep., O&1          35.0   Pages               113.75
   William J. Capone

Oral Dep., O&1          35.0   Pages               113.75
   Daniel E. Bretzman

Oral Dep., O&1          38.0   Pages               123.50
   Gregory R. Richards

Oral Dep., O&1          49.0   Pages               159.25
Travel Fee                                          65.00
                                             ==========
                          Total Amount $     575.25
                    Less Paid To Date $        0.00
                          Total due $        575.25
United We Stand!!

                    Please Make Checks Payable To:
                    Royal Court Reporting Service

**Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcripts**



# Royal Court Reporting Service, Inc.

**1422 Chestnut Street ▪ Suite 200R ▪ Philadelphia, Pennsylvania 19102 ▪ Tel: (215) 563-1782 ▪ Fax: (215) 563-2955**

*ID No.: 23-2665492*

Marvin L. Weinberg, Esquire
FOX, ROTHSCHILD, O'BRIEN & FRANKEL
2000 Market Street
10th Floor
Philadelphia, PA  19103

**Invoice No:**     1207421

08/12/2002    4148    RCRS

Re: Williams, Jr. vs.    PA Turnpike Commission
Assignment Date: July 19, 2002

  Paul Heckman, Sr.

 Standard Billing - Copy     20.0  Pages              47.00
                                                  ==========
                           Total Amount $       47.00
                     Less Paid To Date $        0.00
                           Total due  $        47.00
 United We Stand!!

Please Make Checks Payable To:
Royal Court Reporting Service

**Complete Litigation Support ▪ Computerized Transcription ▪ Videotaping Services ▪ ASCII & Discovery ZX ▪ Condensed Transcripts**

457693C-03-02

**FRO&F**

**FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP**
ATTORNEYS AT LAW
FORMED IN THE COMMONWEALTH OF PENNSYLVANIA
2000 MARKET STREET, TENTH FLOOR, PHILADELPHIA, PA 19103-3291   (215) 299-2000

FIRST UNION                     3-50/310

| | DATE | CHECK NO. |
|---|---|---|
| | 08/22/02 | 37559 |

PAY    SIX HUNDRED TWENTY TWO AND 25/100 DOLLARS

TO THE
ORDER
OF

ROYAL COURT REPORTING SERVICE, INC.
SUITE 200R
1422 CHESTNUT STREET
PHILADELPHIA PA 19102

AMOUNT
*******622.25

FOX, ROTHSCHILD, O'BRIEN & FRANKEL, LLP

_Edward Hillpot_

⚅ SECURITY FEATURES INCLUDED. DETAILS ON BACK. ⚅

⑈"03755⑈" ⑉0310005031: 7100019584280⑈"

PLEASE DETACH BEFORE DEPOSITING

| INVOICE NO. | DATE | PACK NO. | INV. AMOUNT | G.L. NO. | CLIENT NO. | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1207421 | 08/22/02 | | 47.00 | | 66598 00123 | |
| 120722 | 08/22/02 | | 575.25 | | 66598 00123 | |

VENDOR NO.

CUSTOMER NO.

CHECK NO.   37559

MEMO: