## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HARRY E. WILLIAMS, JR.,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | **NO. 1:CV 01-0877** |
| | : | |
| **v.** | : | **(Judge Rambo):** |
| | : | |
| **PENNSYLVANIA TURNPIKE** | : | |
| **COMMISSION,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of

Plaintiff's Post-Trial Motions and Defendant's Memorandum in Opposition thereto, it

is hereby ORDERED that Plaintiff's Post-Trial Motions are DENIED.

BY THE COURT

_____
Sylvia H. Rambo
United States District Judge

Dated: _____

PH1 507986v1 06/16/03