

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600   FAX (570) 207-5650
Internet Address: www.pamd.uscourts.gov

*Divisional Offices:*

Harrisburg:    (717) 221-3920
Williamsport: (570) 323-6380

MARY E. D'ANDREA
Clerk of Court

September 24, 2003

Andrew J. Ostrowski, Esquire
John C. Romeo, Esquire
Marvin L. Weinberg, Esquire

Re:   Williams vs. Pennsylvania Turnpike
      Case: 1:01-cv-0877 (Judge Rambo)

Dear Counsel:

Post Trial Motions filed by the Plaintiff in the above reference case, were resolved by an Order dated July 23, 2003.  Therefore, the Court will now commence processing the bill of cost filed by the defendant on April 28, 2003.

Any and all objections to the defendant's bill of costs should be filed with the Clerk on or before October 1, 2003.  Absent objections by that time, costs will be taxed as soon as practical.

Very truly yours,

MARY E. D'ANDREA, CLERK


By s/Roseanne Pucilowski
Deputy Clerk