```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                                :
HARRY E. WILLIAMS, JR.          :
                                :
        Plaintiff               :  CIVIL ACTION NO. 1:01-CV-877
                                :  (Judge Rambo)
    v.                          :
                                :
PA TURNPIKE COMMISSION          :
                                :
        Defendant               :
```

## JUDGMENT

Pursuant to the court's judgment entered April 16, 2003 and Federal Rule of Civil Procedure 54(d)(1), costs are hereby taxed against the <u>plaintiff Harry E. Williams, Jr.</u> and in favor of <u>defendant Pennsylvania Turnpike Commission</u> in the amount of <u>$2,511.20</u>.

                                  ATTEST:

                                  <u>s/Mary D'Andrea</u>
                                  MARY E. D'ANDREA, Clerk

DATE: April 16, 2004